No. 82–1103.  PYRAMID LAKE PAIUTE TRIBE OF INDIANS
v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 82–1121.  LOUISIANA PUBLIC SERVICE COMMISSION
v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 82–1148.  QUEEN ET AL. v. TENNESSEE VALLEY AU-
THORITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–1162.  GEORGE BANTA CO., INC., BANTA DIVI-
SION v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A.
D. C. Cir.  Certiorari denied.

No. 82–1169.  CPC INTERNATIONAL INC. v. DIMMITT
AGRI INDUSTRIES, INC.; and
No. 82–1347.  DIMMITT AGRI INDUSTRIES, INC. v. CPC
INTERNATIONAL, INC.  C. A. 5th Cir.  Certiorari denied.
Reported below: 679 F. 2d 516.

No. 82–1184.  CICALE v. UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 82–1191.  STEPHENS v. UNITED STATES;
No. 82–1207.  VADINO v. UNITED STATES; and
No. 82–1208.  NATALE v. UNITED STATES.  C. A. 11th
Cir.  Certiorari denied.  Reported below: 680 F. 2d 1329.

No. 82–1198.  PLANT ET AL. v. UNITED STATES.  C. A.
11th Cir.  Certiorari denied.

No. 82–1203.  SCALES, AS NEXT FRIEND OF SCALES v.
UNITED STATES.  C. A. 5th Cir.  Certiorari denied.